

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AK
F.#2010R00123

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

March 30, 2011

**Via ECF**

Honorable Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Katosh Pantoliano, et al.
          Criminal Docket No. 10-068 (SJ)

Dear Judge Johnson:

    A status conference in the above-captioned matter is currently scheduled for March 31, 2011 at 9:30 a.m. as to defendants Katosh Pantoliano and Anthony Tuozzo.

    The government respectfully requests that the status conference for defendant Tuozzo be adjourned to April 6, 2011 at 9:30 a.m.  Defendant Tuozzo consents to this request.

    The status conference for defendant Pantoliano remains scheduled for March 31, 2011 at 9:30 a.m.

                          Respectfully submitted,

                          LORETTA E. LYNCH
                          United States Attorney

              By:    /s/
                    Ali Kazemi
                    Assistant U.S. Attorney
                    (718) 254-6171

cc:  Charles Hochbaum, Esq. (Via ECF and Email)
    John Wallenstein, Esq. (Via ECF and Email)