**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

June 7, 2011

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 09 2011 ★

BROOKLYN OFFICE

BY ECF
Hon. Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>United States v. Anthony Tuozzo</u>
10 Cr 68 (SJ)

Dear Judge Johnson:

By this letter, I am respectfully requesting that the conference presently scheduled before Your Honor in Mr. Tuozzo's case on June 9, 2011, be adjourned to a date convenient with this Court in the second week of July. The reason for this request is that the hearings on the motions previously filed on behalf of Mr, Tuozzo have been adjourned from June 6, 2011, to June 22, 2011.

Because of the pending motions, Mr. Tuozzo obviously consents to an exclusion under the Speedy Trial Act from June 9, 2011, to any adjourn date selected by Your Honor.

→ Request is GRANTED. Status conference is adjourned to June 30, 2011 @ 9:30am. Speedy trial time is excluded until June 30, 2011. So ORDERED

s/ SJ
U.S.D.J.

The government has consented to this adjournment request.

Respectfully yours,

/JRF/

James R. Froccaro, Jr.

JRF:tp