**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

August 9, 2011

<u>BY ECF</u>
Hon. Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  <u>United States v. Anthony Tuozzo</u>
          10 Cr 68 (SJ)

Dear Judge Johnson:

  By Report and Recommendation dated July, 28, 2011, Magistrate Judge Gold denied Mr. Tuozzo's motion to suppress an identification of him by a witness. My objections to the Report are due to be filed by August 15, 2011. By this letter, I am respectfully requesting additional time, until September 2, 2011, to file my objections with Your Honor.

  The government has consented to this request.

          Respectfully yours,

          /JRF/

         James R. Froccaro, Jr.

JRF:tp