**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                     **ORDER**

       - against -

                                                                     10-CR-0068 (SJ)

ANTHONY TUOZZO,
                    Defendant.
------------------------------------------------------------X

**JAMES ORENSTEIN, Magistrate Judge:**

      This case has been referred to me for purposes of selecting a trial jury, which I will do on December 5, 2011, beginning promptly at 9:30 a.m. in courtroom 6B, South. I direct counsel for each party to submit, no later than noon on December 2, 2011, any questions the party wishes me to ask prospective jurors during *voir dire*. Only questions specifically addressing the issues to be tried should be submitted; routine questions are not necessary.

      I further direct each party to include within its submission a list of the names of all persons, entities, and locations that the party expects to be mentioned during the trial.

      The defendant's counsel is directed to make arrangements no later than December 2, 2011, to insure that the defendant has appropriate attire for all court proceedings and must arrive at the courthouse early enough on December 5, 2011, to ensure that the defendant is dressed for court <u>before</u> the scheduled start of jury selection at 9:30 a.m.

      **SO ORDERED.**

Dated: Brooklyn, New York
       November 15, 2011

                                                              /s/ James Orenstein
                                                              JAMES ORENSTEIN
                                                              U.S. Magistrate Judge